IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| PEPORRO PAPITO MEDINA | § | |
| TDCJ-CID #1383369 | § | |
| | § | C.A. NO. C-12-251 |
| v. | § | |
| | § | |
| RICK THALER | § | |

## MEMORANDUM AND RECOMMENDATION TO DENY
## PETITIONER'S MOTION TO PROCEED *IN FORMA PAUPERIS*

Petitioner is a state inmate who has filed a habeas petition pursuant to 28 U.S.C. § 2254.
(D.E. 1). On July 30, 2012, he filed a motion to proceed *in forma pauperis*. (D.E. 5).

Petitioner's inmate trust fund account statement indicates that he currently has a balance
of $31.12. (D.E. 6). Moreover, there are no holds on his account. Id. The filing fee for a habeas
corpus petition is $5.00.

It is respectfully recommended that petitioner be found not indigent and that his
application to proceed *in forma pauperis*, (D.E. 5), be denied. It is further respectfully
recommended that petitioner be instructed to pay the filing fee within twenty (20) days of the
date of entry of any order adopting this memorandum and recommendation, or voluntarily
dismiss the petition. Finally, it is respectfully recommended that petitioner be advised that
failure to pay the filing fee within the time period ordered may result in dismissal of his petition
for failure to prosecute.

Respectfully submitted this 31st day of July 2012.

BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE

<u>NOTICE TO PARTIES</u>

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within **FOURTEEN (14) DAYS** after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to 28 U.S.C. § 636(b)(1); Rule 8(b)(3) of the Rules Governing § 2254 Cases; Rule 72(b) of the Federal Rules of Civil Procedure; and Article IV, General Order No. 02-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendations in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of *plain error*, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. <u>Douglass v. United Servs. Auto. Ass'n</u>, 79 F.3d 1415 (5th Cir. 1996) (en banc).