UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| PEPORRO PAPITO MEDINA, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-12-251 |
| | § | |
| RICK THALER, | § | |
| | § | |
| Respondent. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
TO DENY PETITIONER'S MOTION TO PROCEED *IN FORMA PAUPERIS***

On July 31, 2012, United States Magistrate Judge Brian L. Owsley issued his "Memorandum and Recommendation to Deny Petitioner's Motion to Proceed In Forma Pauperis" (D.E. 9). The Petitioner was provided proper notice of, and opportunity to object to, the Magistrate Judge's Memorandum and Recommendation. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's Memorandum and Recommendation (D.E. 9), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the

findings and conclusions of the Magistrate Judge. Accordingly, the Petitioner's Application to Proceed *In Forma Pauperis* (D.E. 5) is **DENIED.** Petitioner is **ORDERED** to pay the filing fee within twenty (20) days of the entry of this Order. If Petitioner fails to timely pay the filing fee, this action may be dismissed for want of prosecution without further notice.

ORDERED this 20th day of August, 2012.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE